### 12722. RAGLAND *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds; the verdict was authorized by the evidence, and the court did not err in refusing to grant a new trial.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
>
> DECIDED NOVEMBER 17, 1921.

Conviction of voluntary manslaughter; from Floyd superior court — Judge Wright. July 2, 1921.

*W. B. Mebane, F. W. Copeland,* for plaintiff in error.

*E. S. Taylor, solicitor-general, J. F. Kelly,* contra.